■ DIMENSIONAL SOUND STUDIOS, INC., Plaintiff, v ATLANTIC WESTERLY COMPANY, Defendant. EDWARD A. CHWATT, on Behalf of ATLANTIC WESTERLY COMPANY, Appellant, v DIMENSIONAL SOUND STUDIOS, INC., Respondent.— Order, Supreme Court, New York County, entered February 13, 1975, unanimously affirmed, without costs and without disbursements. The parties are directed forthwith to complete pretrial proceedings and to proceed to trial as expeditiously as possible. The landlord, defendant-respondent in Action No. 1, shall receive rent pending resolution of the issues herein, without prejudice. Settle order on notice. Concur—Markewich, J. P., Kupferman, Murphy, Lupiano and Tilzer, JJ.

■ RICHARD WOLF et al., v CITY OF NEW YORK.—Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Appellate Term of the Supreme Court, First Department, as affirmed by this Court, properly made?" Concur—Markewich, J. P., Lupiano, Tilzer, Capozzoli and Nunez, JJ.